IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANNON L. BLEA,

       Plaintiff,

v.                                                 CV No. 20-342 KG/CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

       Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court upon review of the record. Plaintiff was instructed to file a Motion to Reverse or Remand by no later than December 4, 2020. (Doc. 20). To date, Plaintiff has not filed a Motion to Reverse or Remand.

**IT IS THEREFORE ORDERED** that Plaintiff will show cause no later than **January 15, 2021**, as to why this case should not be dismissed for want of prosecution. Failure to respond to this Order may result in dismissal of this case without further notice.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE