IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANNON L. BLEA,

        Plaintiff,

v.                                                       No. CV 20-342 KG/CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER ADOPTING IN PART AND MODIFYING IN PART CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 23), filed January 22, 2021. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Complaint for Judicial Review of Administrative Decision*, (Doc. 1), be dismissed with prejudice. (Doc. 23 at 1-2). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 2. No objections have been filed and the deadline of February 5, 2021, has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court to the extent of dismissing the complaint, and modified to the extent that the dismissal shall be without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's *Complaint for Judicial Review of Administrative Decision*, (Doc. 1), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                                                                    
UNITED STATES DISTRICT JUDGE